IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| RAHIEM JAMEL DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) CV 124-244 |
| CHARLES B. WEBSTER DETENTION CENTER; MS. PALMER; CPT. MS. HERELLE; CPT. JENKIN; and CARLA HAREWOOD, | ) |
| Defendants. | ) |

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JUN - 6 2025

FILED

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 6th day of June, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA