AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| RAHIEM JAMEL DAVIS, | JUDGMENT IN A CIVIL CASE |
| v. | CASE NUMBER: 1:24-cv-00244 |
| CHARLES B. WEBSTER DETENTION CENTER, MS. PALMER, CPT. MS. HERELLE, CPT. JENKIN, CARLA HAREWOOD, | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed June 6, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's complaint is dismissed for failure to state a claim upon which relief may be granted. This case stands closed.



| | |
|---|---|
| 6/6/2025 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *(signature)* |
| | (By) Ann Duke, Deputy Clerk |